**safety-kleen.**

**A Clean Harbors Company**

## INVOICE
Invoice No 1000641818
Revision 1 of 1000349505


EXHIBIT
A

**REMIT TO:**
Safety-Kleen Systems, Inc
P.O. Box 15221
Station A
Toronto, ON M5W1C1
EIN:

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice,
please contact your customer service representative at
the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.: 89820 6545
FOB: DESTINATION

Description : RBLD - Blended Oil Bulk Sales | ** Payable in USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 23 Feb 2014 | 1000641818 | NE22807 | BRE | BRE9277861 | 0220-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $25,989.96 |
| SUBTOTAL | $25,989.96 |
| TAX | $0.00 |
| INVOICE TOTAL | $25,989.96 USD ← PLEASE PAY THIS AMOUNT |

**Invoice Instructions:**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5961.000 | GAL | $4.3600 | $25,989.96 |

| | |
|---|---|
| SUBTOTAL | $25,989.96 |
| TAX | $0.00 |
| TOTAL | $25,989.96 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Invoice Date: 3 Oct 2014

# safety-kleen
**A Clean Harbors Company**

## INVOICE
Invoice No 1000349505

**REMIT TO:**
Safety-Kleen Systems, Inc
PO Box 975201
Dallas, TX 75397-5201

EIN:

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.:  89820 6545
FOB: DESTINATION

**Description : RBLD - Blended Oil Bulk Sales**

\*\* Payable in USD funds \*\*

| Date Shipped | Invoice No. | Customer | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|
| 26 Feb 2014 | 1000349505 | NE22807 | BRE9277861 | 0220-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,168.79 |
| SUBTOTAL | $26,168.79 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,168.79 USD   PLEASE PAY THIS AMOUNT |

**Invoice Instructions**

EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5981.000 | GAL | $4.3900 | $26,168.79 |

| | |
|---|---|
| SUBTOTAL | $26,168.79 |
| TAX | $0.00 |
| TOTAL | $26,168.79 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.

Invoice Date: 4 Mar 2014    PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU    Page: 1 of 1



**A Clean Harbors Company**

# INVOICE
Invoice No 1000349505

**REMIT TO:**
Safety-Kleen Systems, Inc
PO Box 975201
Dallas, TX 75397-5201

EIN:

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.: 89820 6545
FOB: DESTINATION

Description : RBLD - Blended Oil Bulk Sales                    ** Payable in USD funds **

| Date Shipped | Invoice No. | Customer | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|
| 26 Feb 2014 | 1000349505 | NE22807 | BRE9277861 | 0220-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,168.79 |
| **SUBTOTAL** | $26,168.79 |
| TAX | $0.00 |
| **INVOICE TOTAL** | $26,168.79 USD |

← PLEASE PAY THIS AMOUNT

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5961.000 | GAL | $4.3900 | $26,168.79 |

| | |
|---|---|
| **SUBTOTAL** | $26,168.79 |
| TAX | $0.00 |
| **TOTAL** | $26,168.79 |

**safety-kleen.**

**A Clean Harbors Company**

## INVOICE

Invoice No 1000641823

Revision 1 of 1000367366

**REMIT TO:**
Safety-Kleen Systems, Inc
P.O. Box 15221
Station A
Toronto, ON M5W1C1
EIN:

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.: 89820 6545
FOB: DESTINATION

Description : RBLD - Blended Oil Bulk Sales                                                    ** Payable In USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 03 Mar 2014 | 1000641823 | NE22807 | BRE | BRE9269417 | 0221-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,652.68 |
| SUBTOTAL | $26,652.68 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,652.68 USD |

◄━ PLEASE PAY THIS AMOUNT

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B164X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6113.000 | GAL | $4.3600 | $26,652.68 |

| | | |
|---|---|---|
| | SUBTOTAL | $26,652.68 |
| | TAX | $0.00 |
| | TOTAL | $26,652.68 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
**PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU**

Invoice Date: 3 Oct 2014

Page: 1 of 1

**safety-kleen.**
A Clean Harbors Company

## INVOICE
Invoice No 1000367366

**REMIT TO:**
Safety-Kleen Systems, Inc
PO Box 975201
Dallas, TX 75397-5201

EIN;

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.: 89820 6545
**FOB: DESTINATION**

Description : RBLD - Blended Oil Bulk Sales                    ** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|
| 03 Mar 2014 | 1000367366 | NE22807 | BRE9289417 | 0221-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,836.07 |
| SUBTOTAL | $26,836.07 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,836.07 USD    PLEASE PAY THIS AMOUNT |

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6113.000 | GAL | $4.3900 | $26,836.07 |

| | |
|---|---|
| SUBTOTAL | $26,836.07 |
| TAX | $0.00 |
| TOTAL | $26,836.07 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
Invoice Date: 14 Mar 2014      PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU      Page: 1 of 1

# safety-kleen.

A Clean Harbors Company

## INVOICE
Invoice No 1000367366

REMIT TO:
Safety-Kleen Systems, Inc
PO Box 975201
Dallas, TX 75397-5201

EIN:

OFFICE:
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

SOLD TO:
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

SHIP TO:
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

SHIP FROM:
Safety-Kleen Canada, Inc.
300 Woolwich Street South.
Breslau, ON N0B 1M0

GST Reg. No.: 89820 6545
FOB: DESTINATION

Description : RBLD - Blended Oil Bulk Sales

** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|
| 03 Mar 2014 | 1000367366 | NE22807 | BRE9289417 | 0221-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,836.07 |
| SUBTOTAL | $26,836.07 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,836.07 USD |

PLEASE PAY THIS AMOUNT

Invoice Instructions
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6113.000 | GAL | $4.3900 | $26,836.07 |

| | |
|---|---|
| SUBTOTAL | $26,836.07 |
| TAX | $0.00 |
| TOTAL | $26,836.07 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Invoice Date: 14 Mar 2014

Page: 1 of 1

# safety-kleen.

### A Clean Harbors Company

## INVOICE
Invoice No 1000641827
Revision 1 of 1000366780

**REMIT TO:**
Safety-Kleen Systems, Inc
P.O. Box 15221
Station A
Toronto, ON M5W1C1
EIN:

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.:  89820 6545
FOB: DESTINATION

Description : RBLD - Blended Oil Bulk Sales                          ** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 04 Mar 2014 | 1000641827 | NE22807 | BRE | BRE9341815 | 10757 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,098.96 |
| SUBTOTAL | $26,098.96 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,098.96 USD |

← PLEASE PAY THIS AMOUNT

**Invoice Instruction**

EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5986.000 | GAL | $4.3600 | $26,098.96 |

| | |
|---|---|
| SUBTOTAL | $26,098.96 |
| TAX | $0.00 |
| TOTAL | $26,098.96 |

Invoice Date: 3 Oct 2014

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Page: 1 of 1

# safety-kleen.
A Clean Harbors Company

## INVOICE
Invoice No 1000366780

**REMIT TO:**
Safety-Kleen Systems, Inc
PO Box 975201
Dallas, TX 75397-5201

EIN:

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.: 89820 6545
**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales                                    ** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|
| 05 Mar 2014 | 1000366780 | NE22807 | BRE9341815 | 10757 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,278.54 |
| SUBTOTAL | $26,278.54 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,278.54 USD   PLEASE PAY THIS AMOUNT |

**Invoice Instructions**

EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5986.000 | GAL | $4.3900 | $26,278.54 |

| | |
|---|---|
| SUBTOTAL | $26,278.54 |
| TAX | $0.00 |
| TOTAL | $26,278.54 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
Invoice Date: 13 Mar 2014    PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU    Page: 1 of 1



**safety-kleen**®
A Clean Harbors Company

**INVOICE**
Invoice No 1000366780

REMIT TO:
Safety-Kleen Systems, Inc
PO Box 975201
Dallas, TX 75397-5201

EIN:

OFFICE:
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

SOLD TO:
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

SHIP TO:
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

SHIP FROM:
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.: 89820 6545
FOB: DESTINATION

Description : RBLD - Blended Oil Bulk Sales                                    ** Payable In USD funds **

| Date Shipped | Invoice No | Customer | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|
| 05 Mar 2014 | 1000366780 | NE22807 | BRE9341815 | 10757 | NET 60 DAYS |

SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,278.54 |
| SUBTOTAL | $26,278.54 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,278.54 USD    ⟵ PLEASE PAY THIS AMOUNT |

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM-DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5986.000 | GAL | $4.3900 | $26,278.54 |

| | |
|---|---|
| SUBTOTAL | $26,278.54 |
| TAX | $0.00 |
| TOTAL | $26,278.54 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.

# safety-kleen.

**A Clean Harbors Company**

## INVOICE

Invoice No 1000641835
Revision 1 of 1000367328

**REMIT TO:**
Safety-Kleen Systems, Inc
P.O. Box 15221
Station A
Toronto, ON M5W1C1
EIN:

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.: 89820 6545
**FOB:** DESTINATION

**Description :** RBLD - Blended Oil Bulk Sales

** Payable in USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 06 Mar 2014 | 1000641835 | NE22807 | BRE | BRE9349661 | 10758 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,264.64 |
| SUBTOTAL | $26,264.64 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,264.64 USD   ◄— PLEASE PAY THIS AMOUNT |

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6024.000 | GAL | $4.3600 | $26,264.64 |

| | |
|---|---|
| SUBTOTAL | $26,264.64 |
| TAX | $0.00 |
| TOTAL | $26,264.64 |

Invoice Date: 3 Oct 2014

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Page: 1 of 1

# safety-kleen®

**A Clean Harbors Company**

# INVOICE
### Invoice No 1000367328

**REMIT TO:**
Safety-Kleen Systems, Inc
PO Box 975201
Dallas, TX 75397-5201

EIN:

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.: 89820 6545
**FOB:** DESTINATION

**Description : RBLD - Blended Oil Bulk Sales**

** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Sales Order | Purchase Order/ARF | Terms |
|---|---|---|---|---|---|
| 07 Mar 2014 | 1000367328 | NE22807 | BRE9349681 | 10758 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,445.36 |
| **SUBTOTAL** | $26,445.36 |
| TAX | $0.00 |
| **INVOICE TOTAL** | $26,445.36 USD ⇐ **PLEASE PAY THIS AMOUNT** |

**Invoice Instructions**

EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6024.000 | GAL | $4.3900 | $26,445.36 |

| | |
|---|---|
| SUBTOTAL | $26,445.36 |
| TAX | $0.00 |
| TOTAL | $26,445.36 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.

Invoice Date: 14 Mar 2014

**PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU**

# safety-kleen®

**A Clean Harbors Company**

## INVOICE
Invoice No 1000367328

**REMIT TO:**
Safety-Kleen Systems, Inc
PO Box 975201
Dallas, TX 75397-5201

EIN:

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice,
please contact your customer service representative at
the telephone number listed above*

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.: 89820 6545
FOB: DESTINATION

Description : RBLD - Blended Oil Bulk Sales

** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|
| 07 Mar 2014 | 1000367328 | NE22807 | BRE9349681 | 10758 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,445.36 |
| SUBTOTAL | $26,445.36 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,445.36 USD  ◄─ PLEASE PAY THIS AMOUNT |

**Invoice Instructions**

EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6024.000 | GAL. | $4.3900 | $26,445.36 |

| | |
|---|---|
| SUBTOTAL | $26,445.36 |
| TAX | $0.00 |
| TOTAL | $26,445.36 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
**PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU**

Invoice Date: 14 Mar 2014

Page: 1 of 1

# safety-kleen.

A Clean Harbors Company

## INVOICE
Invoice No 1000641844
Revision 1 of 1000396608

**REMIT TO:**
Safety-Kleen Systems, Inc
P.O. Box 15221
Station A
Toronto, ON M5W1C1
EIN:

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.: 89820 6545
**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales                    ** Payable in USD funds **

| Date Shipped | Invoice No. | Cust (ing) | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 26 Mar 2014 | 1000641844 | NE22807 | BRE | BRE9632162 | 0319-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,321.32 |
| SUBTOTAL | $26,321.32 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,321.32 USD |

**PLEASE PAY THIS AMOUNT**

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B164X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 16W-40 XHD-7 | 6037.000 | GAL. | $4.3600 | $26,321.32 |

| | |
|---|---|
| SUBTOTAL | $26,321.32 |
| TAX | $0.00 |
| TOTAL | $26,321.32 |

# safety-kleen.

**A Clean Harbors Company**

## INVOICE
Invoice No 1000396608

**REMIT TO:**
Safety-Kleen Systems, Inc
PO Box 975201
Dallas, TX 75397-5201

EIN:

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

> If you have any questions regarding this invoice,
> please contact your customer service representative at
> the telephone number listed above

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.:  89820 6545
**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales          ** Payable in USD funds **

| Date Shipped | Invoice No. | Customer | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|
| 26 Mar 2014 | 1000396608 | NE22807 | BRE9532162 | 0319-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,502.43 |
| SUBTOTAL | $26,502.43 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,502.43 USD |

**PLEASE PAY THIS AMOUNT**

**Invoice Instructions**

EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing VOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6037.000 | GAL | $4.3900 | $26,502.43 |

| | |
|---|---|
| SUBTOTAL | $26,502.43 |
| TAX | $0.00 |
| TOTAL | $26,502.43 |

Invoice Date: 3 Apr 2014

Interest will be charged at a rate of 1.5% per month for all past due amounts.
**PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU**

Page: 1 of 1

# safety-kleen.
## A Clean Harbors Company

## INVOICE
### Invoice No 1000396608

**REMIT TO:**
Safety-Kleen Systems, Inc
PO Box 975201
Dallas, TX 75397-5201

EIN:

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above.*

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.:  89820 6545
**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales

** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|
| 26 Mar 2014 | 1000396608 | NE22807 | BRE9532162 | 0319-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,502.43 |
| SUBTOTAL | $26,502.43 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,502.43 USD  ◄── PLEASE PAY THIS AMOUNT |

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6037.000 | GAL | $4.3900 | $26,502.43 |

| | |
|---|---|
| SUBTOTAL | $26,502.43 |
| TAX | $0.00 |
| TOTAL | $26,502.43 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Invoice Date: 3 Apr 2014

Page: 1 of 1



**A Clean Harbors Company**

# INVOICE

Invoice No 1000641850
Revision 1 of 1000396623

REMIT TO:
Safety-Kleen Systems, Inc
P.O. Box 15221
Station A
Toronto, ON M5W1C1
EIN:

OFFICE:
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

SOLD TO:
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

SHIP TO:
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

SHIP FROM:
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.: 89820 6545
FOB: DESTINATION

Description : RBLD - Blended Oil Bulk Sales                                    ** Payable In USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 21 Mar 2014 | 1000641850 | NE22807 | BRE | BRE9496386 | 0318-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,290.80 |
| SUBTOTAL | $26,290.80 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,290.80 USD |

~~$26~~ PLEASE PAY THIS AMOUNT

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B164X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6030.000 | GAL | $4.3600 | $26,290.80 |

| | |
|---|---|
| SUBTOTAL | $26,290.80 |
| TAX | $0.00 |
| TOTAL | $26,290.80 |

Invoice Date: 3 Oct 2014

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT · THANK YOU

# safety-kleen.
**A Clean Harbors Company**

# INVOICE
Invoice No 1000396623

**REMIT TO:**
Safety-Kleen Systems, Inc
PO Box 975201
Dallas, TX 75397-5201

EIN:

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice,
please contact your customer service representative at
the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.:  89820 6545
**FOB: DESTINATION**

**Description : RBLD - Blended Oil Bulk Sales**                              ** Payable in USD funds **

| Date Shipped | Invoice No. | Customer | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|
| 21 Mar 2014 | 1000396623 | NE22807 | BRE9495386 | 0318-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,471.70 |
| SUBTOTAL | $26,471.70 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,471.70 USD  ✍ PLEASE PAY THIS AMOUNT |

**Invoice Instructions**

EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6030.000 | GAL | $4.3900 | $26,471.70 |

| | |
|---|---|
| SUBTOTAL | $26,471.70 |
| TAX | $0.00 |
| TOTAL | $26,471.70 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.

Invoice Date: 3 Apr 2014      PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU      Page: 1 of 1

**safety-kleen.**

A Clean Harbors Company

# INVOICE
Invoice No 1000396623

REMIT TO:
Safety-Kleen Systems, Inc
PO Box 975201
Dallas, TX 75397-5201

EIN:

SOLD TO:
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

OFFICE:
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice,
please contact your customer service representative at
the telephone number listed above*

SHIP TO:
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

SHIP FROM:
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.: 89820 6545
FOB: DESTINATION

Description : RBLD - Blended Oil Bulk Sales

** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|
| 21 Mar 2014 | 1000396623 | NE22807 | BRE9495386 | 0318-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,471.70 |
| SUBTOTAL | $26,471.70 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,471.70 USD |

← PLEASE PAY THIS AMOUNT

**Invoice Instructions**

EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6030.000 | GAL | $4.3900 | $26,471.70 |

| | |
|---|---|
| SUBTOTAL | $26,471.70 |
| TAX | $0.00 |
| TOTAL | $26,471.70 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.

Invoice Date: 3 Apr 2014

PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU



**A Clean Harbors Company**

# INVOICE

Invoice No 1000641855
Revision 1 of 1000405778

**REMIT TO:**
Safety-Kleen Systems, Inc
P.O. Box 15221
Station A
Toronto, ON M5W1C1
EIN:

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.:  89820 6545
**FOB: DESTINATION**

Description : RBLD - Blended Oil Bulk Sales

** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 04 Apr 2014 | 1000641855 | NE22807 | BRE | BRE8614495 | 0325-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $38,953.57 |
| SUBTOTAL | $38,953.57 |
| TAX | $0.00 |
| INVOICE TOTAL | $38,953.57 USD  ◄── PLEASE PAY THIS AMOUNT |

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 228154X | PERFORMANCE PLUS | NGEO 15W-40 NGP | | 6077.000 | GAL | $6.4100 | $38,953.57 |

| | |
|---|---|
| SUBTOTAL | $38,953.57 |
| TAX | $0.00 |
| TOTAL | $38,953.57 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.

Invoice Date: 3 Oct 2014

PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Page: 1 of 1



**A Clean Harbors Company**

# INVOICE
### Invoice No 1000405778

**REMIT TO:**
Safety-Kleen Systems, Inc
PO Box 975201
Dallas, TX 75397-5201

EIN:

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0 .

GST Reg. No.:  89820 6545
**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales                    ** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/ARE | Terms |
|---|---|---|---|---|---|---|
| 04 Apr 2014 | 1000405778 | NE22807 | BRE | BRE9614495 | 0325-2014 | NET 60 DAYS |

**SUMMARY BY LINE TYPE**

| | |
|---|---|
| Blended Lube | $25,766.48 |
| SUBTOTAL | $25,766.48 |
| TAX | $0.00 |
| INVOICE TOTAL | $25,766.48 USD |

**PLEASE PAY THIS AMOUNT**

**Invoice Instructions**

EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 228184X | PERFORMANCE PLUS | NGEO 15W-40 NGP | 6077.000 | GAL | $4.2400 | $25,766.48 |

| | |
|---|---|
| SUBTOTAL | $25,766.48 |
| TAX | $0.00 |
| TOTAL | $25,766.48 |

Invoice Date: 9 Apr 2014

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Page: 1 of 1



**safety-kleen**
A Clean Harbors Company

## INVOICE
Invoice No 1000405778

REMIT TO:
Safety-Kleen Systems, Inc
PO Box 975201
Dallas, TX 75397-5201

EIN:

SOLD TO:
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

OFFICE:
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

If you have any questions regarding this invoice,
please contact your customer service representative at
the telephone number listed above

SHIP TO:
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

SHIP FROM:
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.:  89820 6545
FOB: DESTINATION

Description : RBLD - Blended Oil Bulk Sales                                   ** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 04 Apr 2014 | 1000405778 | NE22807 | BRE | BRE9614495 | 0325-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,766.48 |
| SUBTOTAL | $25,766.48 |
| TAX | $0.00 |
| INVOICE TOTAL | $25,766.48 USD |   ⟵ PLEASE PAY THIS AMOUNT

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 228154X | PERFORMANCE PLUS | NGEO 15W-40 NGP | 6077.000 | GAL | $4.2400 | $25,766.48 |

| | |
|---|---|
| SUBTOTAL | $25,766.48 |
| TAX | $0.00 |
| TOTAL | $25,766.48 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT • THANK YOU

Invoice Date: 9 Apr 2014                                                        Page: 1 of 1

**safety-kleen.**

A Clean Harbors Company

# INVOICE

Invoice No 1000641800
Revision 1 of 1000433603

**REMIT TO:**
Safety-Kleen Systems, Inc
P.O. Box 15221
Station A
Toronto, ON M5W1C1
EIN:

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.: 89820 6545
FOB: DESTINATION

Description : RBLD ~ Blended Oil Bulk Sales          ** Payable in USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 29 Apr 2014 | 1000641800 | NE22807 | BRE | 1400177465 | 0328-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,142.56 |
| SUBTOTAL | $26,142.56 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,142.56 USD |

➤ **PLEASE PAY THIS AMOUNT**

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6996.000 | GAL | $4.3600 | $26,142.56 |

| | |
|---|---|
| SUBTOTAL | $26,142.56 |
| TAX | $0.00 |
| TOTAL | $26,142.56 |



**A Clean Harbors Company**

# INVOICE
### Invoice No 1000433603

**REMIT TO:**
Safety-Kleen Systems, Inc
PO Box 975201
Dallas, TX 75397-5201

EIN:

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

If you have any questions regarding this invoice,
please contact your customer service representative at
the telephone number listed above

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.: 89820 6545
FOB: DESTINATION

Description : RBLD - Blended Oil Bulk Sales                                    ** Payable in USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 30 Apr 2014 | 1000433603 | NE22807 | BRE | 1400177465 | 0328-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,322.44 |
| SUBTOTAL | $26,322.44 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,322.44 USD   **PLEASE PAY THIS AMOUNT** |

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B164X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5996.000 | GAL | $4.3900 | $26,322.44 |

| | |
|---|---|
| SUBTOTAL | $26,322.44 |
| TAX | $0.00 |
| TOTAL | $26,322.44 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.

# safety-kleen.
A Clean Harbors Company

## INVOICE
Invoice No 1000433603



**REMIT TO:**
Safety-Kleen Systems, Inc
PO Box 975201
Dallas, TX 75397-5201

EIN:

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

If you have any questions regarding this invoice,
please contact your customer service representative at
the telephone number listed above

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.: 89820 6545
**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales

** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 30 Apr 2014 | 1000433603 | NE22807 | BRE | 1400177466 | 0328-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,322.44 |
| SUBTOTAL | $26,322.44 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,322.44 USD |

← PLEASE PAY THIS AMOUNT

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5998.000 | GAL | $4.3900 | $26,322.44 |

| | |
|---|---|
| SUBTOTAL | $26,322.44 |
| TAX | $0.00 |
| TOTAL | $26,322.44 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Invoice Date: 1 May 2014

Page: 1 of 1

# safety-kleen.
A Clean Harbors Company

## INVOICE
Invoice No 1000641814
Revision 1 of 1000433601

**REMIT TO:**
Safety-Kleen Systems, Inc
P.O. Box 15221
Station A
Toronto, ON M5W1C1
EIN:

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

If you have any questions regarding this invoice,
please contact your customer service representative at
the telephone number listed above

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.: 89820 6545
**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales                          ** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 29 Apr 2014 | 1000641814 | NE22807 | BRE | 1400177459 | 0327-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,059.72 |
| SUBTOTAL | $26,059.72 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,059.72 USD | **PLEASE PAY THIS AMOUNT** |

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5977.000 | GAL | $4.3600 | $26,059.72 |

| | |
|---|---|
| SUBTOTAL | $26,059.72 |
| TAX | $0.00 |
| TOTAL | $26,059.72 |

# safety-kleen.
**A Clean Harbors Company**

## INVOICE
Invoice No 1000433601

**REMIT TO:**
Safety-Kleen Systems, Inc
PO Box 975201
Dallas, TX 75397-5201

EIN:

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**OFFICE:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.:  89820 6545
**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales                    ** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 30 Apr 2014 | 1000433601 | NE22807 | BRE | 1400177459 | 0327-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,239.03 |
| SUBTOTAL | $26,239.03 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,239.03 USD   PLEASE PAY THIS AMOUNT |

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5977.000 | GAL | $4.3900 | $26,239.03 |

| | |
|---|---|
| SUBTOTAL | $26,239.03 |
| TAX | $0.00 |
| TOTAL | $26,239.03 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
Invoice Date: 1 May 2014          PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU          Page: 1 of 1

# safety-kleen.
A Clean Harbors Company

**INVOICE**
Invoice No 1000433601

REMIT TO:
Safety-Kleen Systems, Inc
PO Box 975201
Dallas, TX 75397-5201

EIN:

SOLD TO:
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

OFFICE:
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0
(800) 421-6814

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

SHIP TO:
NEW York Comm. O/A Metro Lube
(Dba; Metro Lube)
Staten Island, NY 10303

SHIP FROM:
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

GST Reg. No.:  89820 6545
FOB: DESTINATION

Description : RBLD - Blended Oil Bulk Sales

** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 30 Apr 2014 | 1000433601 | NE22807 | BRE | 1400177459 | 0327-2014 | NET 60 DAYS |

## SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,239.03 |
| SUBTOTAL | $26,239.03 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,239.03 USD  ←— PLEASE PAY THIS AMOUNT |

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5977.000 | GAL | $4.3900 | $26,239.03 |

| | |
|---|---|
| SUBTOTAL | $26,239.03 |
| TAX | $0.00 |
| TOTAL | $26,239.03 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Invoice Date: 1 May 2014

Page: 1 of 1



**INVOICE**

Invoice No 1000470767

A Clean Harbors Company

REMIT TO:
Safety-Kleen Systems Inc.
PO Box 382066
Pittsburgh, PA 15250-8066



EIN: 

OFFICE:
Safety-Kleen Systems, Inc.
601 Riley Road
East Chicago, IN 46312-1638
(888) 932-2739

> If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above

SOLD TO:
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

SHIP TO:
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

SHIP FROM:
Gordon Terminal Service Co.
1000 Agnes Street
McKees Rocks, PA 15136

FOB: DESTINATION

Description : RBLD - Blended Oil Bulk Sales

** Payable in USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 20 May 2014 | 1000470767 | NE22807 | EAS | 1400455597 | 10893 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $34,510.20 |
| SUBTOTAL | $34,510.20 |
| TAX | $0.00 |
| INVOICE TOTAL | $34,510.20 USD   ←— PLEASE PAY THIS AMOUNT |

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154L | ECOPOWER | HDDEO CJ-4 / SM 16W-40 XHD-7 | 6108.000 | GAL | $5.6500 | $34,510.20 |

| | |
|---|---|
| SUBTOTAL | $34,510.20 |
| TAX | $0.00 |
| TOTAL | $34,510.20 |

Interest will be charged at a rate of 1.6% per month for all past due amounts.

PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU



**A Clean Harbors Company**

# INVOICE

Invoice No 1000470788

REMIT TO:
Safety-Kleen Systems Inc.
PO Box 382066
Pittsburgh, PA 15250-8066

EIN:   REDACTED

OFFICE:
Safety-Kleen Systems, Inc.
601 Riley Road
East Chicago, IN 46312-1638
(888) 932-2739

If you have any questions regarding this Invoice, please contact your customer service representative at the telephone number listed above

SOLD TO:
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

SHIP TO:
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

SHIP FROM:
Gordon Terminal Service Co.
1000 Agnes Street
McKees Rocks, PA 15136

**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales          ** Payable in USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 21 May 2014 | 1000470788 | NE22807 | EAS | 1400446411 | 10896 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | | |
|---|---|---|
| Blended Lube | $33,323.70 | |
| SUBTOTAL | $33,323.70 | |
| TAX | $0.00 | |
| INVOICE TOTAL | $33,323.70 USD | PLEASE PAY THIS AMOUNT |

Invoice Instructions
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154L | ECOPOWER | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5898.000 | GAL | $5.6500 | $33,323.70 |

|  |  |
|---|---|
| SUBTOTAL | $33,323.70 |
| TAX | $0.00 |
| TOTAL | $33,323.70 |



A Clean Harbors Company

# INVOICE
Invoice No 1000641717
Revision 1 of 1000491895

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ███████

**REDACTED**

**OFFICE:**
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

*If you have any questions regarding this invoice,
please contact your customer service representative at
the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales                          ** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 06 Jun 2014 | 1000641717 | NE22807 | XBU | 1400718451 | 0516-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $38,584.20 |
| SUBTOTAL | $38,584.20 |
| TAX | $0.00 |
| INVOICE TOTAL | $38,584.20 USD   ← PLEASE PAY THIS AMOUNT |

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6010.000 | GAL | $6.4200 | $38,584.20 |

| | | |
|---|---|---|
| | SUBTOTAL | $38,584.20 |
| | TAX | $0.00 |
| | TOTAL | $38,584.20 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Invoice Date: 3 Oct 2014

Page: 1 of 1



**Safety-Kleen.**
A Clean Harbors Company

# INVOICE
Invoice No 1000491895

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ▉▉▉▉

**REDACTED**

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**OFFICE:**
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

**FOB:** DESTINATION

**Description : RBLD - Blended Oil Bulk Sales**

\*\* Payable in USD funds \*\*

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 06 Jun 2014 | 1000491895 | NE22807 | XBU | 1400718461 | 0516-2014 | NET 60 DAYS |

**SUMMARY BY LINE TYPE**

| | |
|---|---|
| Blended Lube | $26,383.90 |
| SUBTOTAL | $26,383.90 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,383.90 USD  **PLEASE PAY THIS AMOUNT** |

**Invoice Instructions**

EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6010.000 | GAL | $4.3900 | $26,383.90 |

| | |
|---|---|
| SUBTOTAL | $26,383.90 |
| TAX | $0.00 |
| TOTAL | $26,383.90 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
**PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU**



# INVOICE

Invoice No 1000491895

A Clean Harbors Company

REMIT TO:
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN 

**REDACTED**

OFFICE:
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

*If you have any questions regarding this invoice,
please contact your customer service representative at
the telephone number listed above*

SOLD TO:
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

SHIP TO:
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

SHIP FROM:
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

FOB: DESTINATION

Description : RBLD - Blended Oil Bulk Sales                                        ** Payable in USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 06 Jun 2014 | 1000491895 | NE22807 | XBU | 1400718451 | 0516-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,383.90 |
| SUBTOTAL | $26,383.90 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,383.90 USD |

← PLEASE PAY THIS AMOUNT

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6010.000 | GAL | $4.3900 | $26,383.90 |

| | |
|---|---|
| SUBTOTAL | $26,383.90 |
| TAX | $0.00 |
| TOTAL | $26,383.90 |

*SCANNED*

Interest will be charged at a rate of 1.5% per month for all past due amounts.



**A Clean Harbors Company**

# INVOICE

Invoice No 1000641735
Revision 1 of 1000510992

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ███████

REDACTED

**OFFICE:**
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

If you have any questions regarding this invoice,
please contact your customer service representative at
the telephone number listed above

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

**FOB: DESTINATION**

Description : RBLD - Blended Oil Bulk Sales

** Payable in USD funds **

| Date Shipped | Invoice No. | Customer | Order No. | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 16 Jun 2014 | 1000641735 | NE22807 | XBU | 1400021201 | 0517-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $37,634.04 |
| SUBTOTAL | $37,634.04 |
| TAX | $0.00 |
| INVOICE TOTAL | $37,634.04 USD |

◄══ PLEASE PAY THIS AMOUNT

**Invoice Instructions**

EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5862.000 | GAL | $6.4200 | $37,634.04 |

| | |
|---|---|
| SUBTOTAL | $37,634.04 |
| TAX | $0.00 |
| TOTAL | $37,634.04 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.

Invoice Date: 3 Oct 2014

PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Page: 1 of 1

# safety-kleen®
## A Clean Harbors Company

## INVOICE
### Invoice No 1000510992

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ████

**REDACTED**

**OFFICE:**
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales

** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 16 Jun 2014 | 1000510992 | NE22807 | XBU | 1400821201 | 0517-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $25,734.18 |
| SUBTOTAL | $25,734.18 |
| TAX | $0.00 |
| INVOICE TOTAL | $25,734.18 USD |

**PLEASE PAY THIS AMOUNT**

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5862.000 | GAL | $4.3900 | $25,734.18 |

| | |
|---|---|
| SUBTOTAL | $25,734.18 |
| TAX | $0.00 |
| TOTAL | $25,734.18 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
**PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU**

Invoice Date: 26 Jun 2014

# safety-kleen®
**A Clean Harbors Company**

## INVOICE
Invoice No 1000510992

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

 REDACTED

EIN: ████████

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**OFFICE:**
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

**FOB: DESTINATION**

Description : RBLD - Blended Oil Bulk Sales                                    ** Payable In USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 16 Jun 2014 | 1000510992 | NE22807 | XBU | 1400821201 | 0517-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $25,734.18 |
| SUBTOTAL | $25,734.18 |
| TAX | $0.00 |
| INVOICE TOTAL | $25,734.18 USD ← PLEASE PAY THIS AMOUNT |

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5862.000 | GAL | $4.3900 | $25,734.18 |

| | |
|---|---|
| SUBTOTAL | $25,734.18 |
| TAX | $0.00 |
| TOTAL | $25,734.18 |

**SCANNED**

Interest will be charged at a rate of 1.5% per month for all past due amounts.

Invoice Date: 26 Jun 2014     PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU     Page: 1 of 1

**safety-kleen**
A Clean Harbors Company

**INVOICE**
Invoice No 1000535647

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ████████

REDACTED

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**OFFICE:**
Safety-Kleen Systems, Inc.
601 Riley Road
East Chicago, IN 46312-1638
(888) 932-2739

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Gordon Terminal Service Co.
1000 Agnes Street
McKees Rocks, PA 15136

**FOB: DESTINATION**

Description : RBLD - Blended Oil Bulk Sales

\*\* Payable in USD funds \*\*

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 07 Jul 2014 | 1000535647 | NE22807 | EAS | 1401061202 | 11023 | NET 60 DAYS |

**SUMMARY BY LINE TYPE**

| | |
|---|---|
| Blended Lube | $34,188.15 |
| SUBTOTAL | $34,188.15 |
| TAX | $0.00 |
| INVOICE TOTAL | $34,188.15 USD |

**PLEASE PAY THIS AMOUNT**

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UoM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B164L | ECOPOWER | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6061.000 | GAL | $5.6500 | $34,188.15 |

| | |
|---|---|
| SUBTOTAL | $34,188.15 |
| TAX | $0.00 |
| TOTAL | $34,188.15 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.

Invoice Date: 15 Jul 2014

PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Page: 1 of 1



**A Clean Harbors Company**

## INVOICE
Invoice No 1000535655

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: 

REDACTED

**OFFICE:**
Safety-Kleen Systems, Inc.
601 Riley Road
East Chicago, IN 46312-1638
(888) 932-2739

If you have any questions regarding this invoice,
please contact your customer service representative at
the telephone number listed above.

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW YORK Comm, O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Gordon Terminal Service Co.
1000 Agnes Street
McKees Rocks, PA 15136

**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales

** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 07 Jul 2014 | 1000535655 | NE22807 | EAS | 1401061187 | 11024 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $34,459.35 |
| SUBTOTAL | $34,459.35 |
| TAX | $0.00 |
| INVOICE TOTAL | $34,459.35 USD |

← PLEASE PAY THIS AMOUNT

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B164L | ECOPOWER | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6099.000 | GAL | $5.6500 | $34,459.35 |

| | |
|---|---|
| SUBTOTAL | $34,459.35 |
| TAX | $0.00 |
| TOTAL | $34,459.35 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.

# safety-kleen.

A Clean Harbors Company

## INVOICE
Invoice No 1000535662

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ▉▉▉▉▉▉▉

REDACTED

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**OFFICE:**
Safety-Kleen Systems, Inc.
601 Riley Road
East Chicago, IN 46312-1638
(888) 932-2739

*If you have any questions regarding this invoice,
please contact your customer service representative at
the telephone number listed above*

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Gordon Terminal Service Co.
1000 Agnes Street
McKees Rocks, PA 15136

**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales

\*\* Payable In USD funds \*\*

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 07 Jul 2014 | 1000535662 | NE22807 | EAS | 1401081192 | 11025 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $34,476.30 |
| SUBTOTAL | $34,476.30 |
| TAX | $0.00 |
| INVOICE TOTAL | $34,476.30 USD |

✉ PLEASE PAY THIS AMOUNT

**Invoice Instructions**

EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154L | ECOPOWER | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6102.000 | GAL | $5.6500 | $34,476.30 |

| | |
|---|---|
| SUBTOTAL | $34,476.30 |
| TAX | $0.00 |
| TOTAL | $34,476.30 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU



**A Clean Harbors Company**

## INVOICE
Invoice No 1000535667

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ▓▓▓▓▓

**REDACTED**

**OFFICE:**
Safety-Kleen Systems, Inc.
601 Riley Road
East Chicago, IN 46312-1638
(888) 932-2739

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Gordon Terminal Service Co,
1000 Agnes Street
McKees Rocks, PA 15136

**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales

\*\* Payable in USD funds \*\*

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 08 Jul 2014 | 1000535667 | NE22907 | EAS | 1401081201 | 11027 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $32,250.20 |
| **SUBTOTAL** | $32,250.20 |
| **TAX** | $0.00 |
| **INVOICE TOTAL** | $32,250.20 USD  ➤ PLEASE PAY THIS AMOUNT |

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154L | ECOPOWER | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5708.000 | GAL | $5.6500 | $32,250.20 |

| | |
|---|---|
| **SUBTOTAL** | $32,250.20 |
| **TAX** | $0.00 |
| **TOTAL** | $32,250.20 |

Invoice Date: 15 Jul 2014

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Page: 1 of 1



**safety-kleen.**
A Clean Harbors Company

## INVOICE
Invoice No 1000535684

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ▓▓▓▓▓▓▓

**REDACTED**

**OFFICE:**
Safety-Kleen Systems, Inc.
601 Riley Road
East Chicago, IN 46312-1638
(888) 932-2739

If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Gordon Terminal Service Co.
1000 Agnes Street
McKees Rocks, PA 15136

**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales                    ** Payable in USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/APP | Terms |
|---|---|---|---|---|---|---|
| 08 Jul 2014 | 1000535684 | NE22807 | EAS | 1401061200 | 11026 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $34,487.60 |
| SUBTOTAL | $34,487.60 |
| TAX | $0.00 |
| INVOICE TOTAL | $34,487.60 USD   ← PLEASE PAY THIS AMOUNT |

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B164L | ECOPOWER | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6104.000 | GAL | $5.6500 | $34,487.60 |

| | |
|---|---|
| SUBTOTAL | $34,487.60 |
| TAX | $0.00 |
| TOTAL | $34,487.60 |

Invoice Date: 16 Jul 2014

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Page: 1 of 1



**A Clean Harbors Company**

## INVOICE
Invoice No 1000641781
Revision 1 of 1000641104

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: 

REDACTED

**OFFICE:**
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

**FOB: DESTINATION**

Description : RBLD - Blended Oil Bulk Sales

** Payable In USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 09 Jul 2014 | 1000641781 | NE22807 | XBU | 1401158808 | 11020 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $34,548.48 |
| SUBTOTAL | $34,548.48 |
| TAX | $0.00 |
| INVOICE TOTAL | $34,548.48 USD ← PLEASE PAY THIS AMOUNT |

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5998.000 | GAL | $5.7600 | $34,548.48 |

| | |
|---|---|
| SUBTOTAL | $34,548.48 |
| TAX | $0.00 |
| TOTAL | $34,548.48 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.



## INVOICE
Invoice No 1000541104

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: 

REDACTED

**OFFICE:**
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

**FOB:** DESTINATION

**Description : RBLD - Blended Oil Bulk Sales**

** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 09 Jul 2014 | 1000541104 | NE22807 | XBU | 1401158808 | 11020 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $38,507.16 |
| SUBTOTAL | $38,507.16 |
| TAX | $0.00 |
| INVOICE TOTAL | $38,507.16 USD |

PLEASE PAY THIS AMOUNT

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 SM 15W-40 XHD-7 | 5998.000 | GAL | $6.4200 | $38,507.16 |

| | |
|---|---|
| SUBTOTAL | $38,507.16 |
| TAX | $0.00 |
| TOTAL | $38,507.16 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.



**A Clean Harbors Company**

## INVOICE
Invoice No 1000541104

REMIT TO:
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN:   **REDACTED**

SOLD TO:
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

OFFICE:
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

*If you have any questions regarding this invoice,
please contact your customer service representative at
the telephone number listed above*

SHIP TO:
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

SHIP FROM:
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

FOB: DESTINATION

Description : RBLD - Blended Oil Bulk Sales                                    ** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 09 Jul 2014 | 1000541104 | NE22807 | XBU | 1401158808 | 11020 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $38,507.16 |
| SUBTOTAL | $38,507.16 |
| TAX | $0.00 |
| INVOICE TOTAL | $38,507.16 USD |

PLEASE PAY THIS AMOUNT

**Invoice Instructions :**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5998.000 | GAL | $6.4200 | $38,507.16 |

| | |
|---|---|
| SUBTOTAL | $38,507.16 |
| TAX | $0.00 |
| TOTAL | $38,507.16 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Invoice Date: 21 Jul 2014

Page: 1 of 1



**A Clean Harbors Company**

## INVOICE
Invoice No 1000641785
Revision 1 of 1000570927

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

REDACTED

EIN: ▪▪▪▪▪▪▪

**OFFICE:**
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

| If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above |

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales                                      ** Payable In USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 21 Jul 2014 | 1000641785 | NE22807 | XBU | 1401334622 | 11021 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $34,283.52 |
| SUBTOTAL | $34,283.52 |
| TAX | $0.00 |
| INVOICE TOTAL | $34,283.52 USD |

← PLEASE PAY THIS AMOUNT

**Invoice Instructions:**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5952.000 | GAL. | $5.7600 | $34,283.52 |

| | |
|---|---|
| SUBTOTAL | $34,283.52 |
| TAX | $0.00 |
| TOTAL | $34,283.52 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.

Invoice Date: 3 Oct 2014          PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU          Page: 1 of 1



**A Clean Harbors Company**

# INVOICE
Invoice No 1000570927

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

**OFFICE:**
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

EIN:   ~~REDACTED~~

> If you have any questions regarding this invoice,
> please contact your customer service representative at
> the telephone number listed above

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW YORK Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

**FOB: DESTINATION**

Description : RBLD - Blended Oil Bulk Sales          ** Payable in USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 21 Jul 2014 | 1000570927 | NE22807 | XBU | 1401334622 | 11021 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $38,211.84 |
| SUBTOTAL | $38,211.84 |
| TAX | $0.00 |
| INVOICE TOTAL | $38,211.84 USD |

⟵ PLEASE PAY THIS AMOUNT

| Invoice Instructions |
|---|
| EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE |

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5952.000 | GAL | $6.4200 | $38,211.84 |

| | |
|---|---|
| SUBTOTAL | $38,211.84 |
| TAX | $0.00 |
| TOTAL | $38,211.84 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.

Invoice Date: 11 Aug 2014          PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU          Page: 1 of 1



**safety-kleen**
A Clean Harbors Company

## INVOICE
Invoice No 1000570927

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ███████ REDACTED

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**OFFICE:**
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above.*

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

**FOB: DESTINATION**

Description : RBLD - Blended Oil Bulk Sales                                      ** Payable in USD funds **



| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 21 Jul 2014 | 1000570927 | NE22807 | XBU | 1401334622 | 11021 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $38,211.84 |
| SUBTOTAL | $38,211.84 |
| TAX | $0.00 |
| INVOICE TOTAL | $38,211.84 USD    ◄── PLEASE PAY THIS AMOUNT |

**Invoice Instructions**

EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5952.000 | GAL | $6.4200 | $38,211.84 |

| | |
|---|---|
| SUBTOTAL | $38,211.84 |
| TAX | $0.00 |
| TOTAL | $38,211.84 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Invoice Date: 11 Aug 2014                                                                Page: 1 of 1



**safety-Kleen.**
A Clean Harbors Company

# INVOICE
Invoice No 1000584732

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ▓▓▓▓▓

REDACTED

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**OFFICE:**
Safety-Kleen Systems, Inc.
601 Riley Road
East Chicago, IN 46312-1638
(888) 932-2739

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Gordon Terminal Service Co.
1000 Agnes Street
McKees Rocks, PA 15136

**FOB: DESTINATION**

Description : RBLD - Blended Oil Bulk Sales                    ** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 11 Aug 2014 | 1000584732 | NE22807 | EAS | 1401584176 | 11088 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $33,928.25 |
| **SUBTOTAL** | **$33,928.25** |
| TAX | $0.00 |
| **INVOICE TOTAL** | **$33,928.25 USD**     ➤➤ **PLEASE PAY THIS AMOUNT** |

| Invoice Instructions |
|---|
| EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE |

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B164L | ECOPOWER | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6005.000 | GAL | $5.6500 | $33,928.25 |

| | | |
|---|---|---|
| | SUBTOTAL | $33,928.25 |
| | TAX | $0.00 |
| | TOTAL | $33,928.25 |

Invoice Date: 22 Aug 2014

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT • THANK YOU

Page: 1 of 1



**A Clean Harbors Company**

# INVOICE
Invoice No 1000584737

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ██████        REDACTED

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**OFFICE:**
Safety-Kleen Systems, Inc.
601 Riley Road
East Chicago, IN 46312-1638
(888) 932-2739

*If you have any questions regarding this invoice,
please contact your customer service representative at
the telephone number listed above*

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Gordon Terminal Service Co.
1000 Agnes Street
McKees Rocks, PA 15136

**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales                                    ** Payable In USD funds **



| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 11 Aug 2014 | 1000584737 | NE22807 | EAS | 1401584102 | 11087 | NET 60 DAYS |

**SUMMARY BY LINE TYPE**

| | |
|---|---|
| Blended Lube | $33,973.45 |
| **SUBTOTAL** | $33,973.45 |
| TAX | $0.00 |
| **INVOICE TOTAL.** | $33,973.45 USD  ⟸ PLEASE PAY THIS AMOUNT |

**Invoice Instructions**

EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154L | ECOPOWER | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6013.000 | GAL | $5.6500 | $33,973.45 |

|  | |
|---|---|
| SUBTOTAL | $33,973.45 |
| TAX | $0.00 |
| TOTAL | $33,973.45 |



**safety-kleen.**

A Clean Harbors Company

**INVOICE**
Invoice No 1000574589

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ███████

REDACTED

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**OFFICE:**
Safety-Kleen Systems, Inc.
601 Riley Road
East Chicago, IN 46312-1638
(888) 932-2739

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
SK Usa Inv-# New York Commercial
229 Arlington Ave
Staten Island, NY 10303

**FOB:** ORIGIN

Description : RBLD - Blended Oil Bulk Sales                                              ** Payable in USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 13 Aug 2014 | 1000574589 | NE22807 | EAS | 1401687967 | Inventory used | NET 60 DAYS |

**SUMMARY BY LINE TYPE**

| | |
|---|---|
| Blended Lube | $109,214.71 |
| SUBTOTAL | $109,214.71 |
| TAX | $0.00 |
| INVOICE TOTAL | $109,214.71 USD     **PLEASE PAY THIS AMOUNT** |

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 2281542 | ECOPOWER | NGEO 15W-40 NGP-2 | 3977.000 | GAL | $6.4300 | $25,572.11 |
| 22B154L | ECOPOWER | HDDEO CJ-4 / SM 15W-40 XHD-7 | 14804.000 | GAL | $5.6500 | $83,642.60 |

|  |  |
|---|---|
| SUBTOTAL | $109,214.71 |
| TAX | $0.00 |
| TOTAL | $109,214.71 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

# safety-kleen®
## A Clean Harbors Company

## INVOICE
Invoice No 1000584740

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN  REDACTED

**OFFICE:**
Safety-Kleen Systems, Inc.
601 Riley Road
East Chicago, IN 46312-1638
(888) 932-2739

> If you have any questions regarding this invoice,
> please contact your customer service representative at
> the telephone number listed above

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Gordon Terminal Service Co.
1000 Agnes Street
McKees Rocks, PA 15136

**FOB: DESTINATION**

**Description : RBLD - Blended Oil Bulk Sales**

** Payable in USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 11 Aug 2014 | 1000584740 | NE22807 | EAS | 1401584100 | 11086 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $33,803.95 |
| SUBTOTAL | $33,803.95 |
| TAX | $0.00 |
| INVOICE TOTAL | $33,803.95 USD |

PLEASE PAY THIS AMOUNT

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154L | ECOPOWER | HDDEO CJ-4 / SM 16W-40 XHD-7 | 5983.000 | GAL | $5.6500 | $33,803.95 |

| | |
|---|---|
| SUBTOTAL | $33,803.95 |
| TAX | $0.00 |
| TOTAL | $33,803.95 |

Invoice Date: 22 Aug 2014

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Page: 1 of 1



**A Clean Harbors Company**

# INVOICE
Invoice No 1000584746

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ███████



**OFFICE:**
Safety-Kleen Systems, Inc.
601 Riley Road
East Chicago, IN 46312-1638
(888) 932-2739

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above.*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Gordon Terminal Service Co.
1000 Agnes Street
McKees Rocks, PA 15136

**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales

\*\* Payable in USD funds \*\*

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 13 Aug 2014 | 1000584746 | NE22807 | EAS | 1401584184 | 11089 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $33,758.75 |
| SUBTOTAL | $33,758.75 |
| TAX | $0.00 |
| INVOICE TOTAL | $33,758.75 USD |

➞ **PLEASE PAY THIS AMOUNT**

| Invoice Instructions |
|---|
| EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE |

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154L | ECOPOWER | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5975.000 | GAL | $5.6500 | $33,758.75 |

| | |
|---|---|
| SUBTOTAL | $33,758.75 |
| TAX | $0.00 |
| TOTAL | $33,758.75 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.

Invoice Date: 22 Aug 2014         PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU         Page: 1 of 1



**A Clean Harbors Company**

# INVOICE
Invoice No 1000584751

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ████████    **REDACTED**

**OFFICE:**
Safety-Kleen Systems, Inc.
601 Riley Road
East Chicago, IN 46312-1638
(888) 932-2739

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Gordon Terminal Service Co.
1000 Agnes Street
McKees Rocks, PA 15136

**FOB: DESTINATION**

Description : RBLD - Blended Oil Bulk Sales                    ** Payable In USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 13 Aug 2014 | 1000584751 | NE22807 | EAS | 1401584189 | 11090 | NET 60 DAYS |

**SUMMARY BY LINE TYPE**

| | |
|---|---|
| Blended Lube | $33,787.00 |
| SUBTOTAL | $33,787.00 |
| TAX | $0.00 |
| INVOICE TOTAL | $33,787.00 USD    PLEASE PAY THIS AMOUNT |

**Invoice Instructions:**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154L | ECOPOWER | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5980.000 | GAL | $5.6500 | $33,787.00 |

| | |
|---|---|
| SUBTOTAL | $33,787.00 |
| TAX | $0.00 |
| TOTAL | $33,787.00 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.

Invoice Date: 22 Aug 2014        **PLEASE RETURN A COPY OF INVOICE WITH PAYMENT • THANK YOU**        Page: 1 of 1

# safety-kleen®
## A Clean Harbors Company

## INVOICE
Invoice No 1000641743
Revision 1 of 1000581565

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ▓▓▓▓▓

REDACTED

**OFFICE:**
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

**FOB: DESTINATION**

Description : RBLD - Blended Oil Bulk Sales                                  ** Payable In USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 14 Aug 2014 | 1000641743 | NE22807 | XBU | 1401703673 | 0812-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $25,565.28 |
| SUBTOTAL | $25,565.28 |
| TAX | $0.00 |
| INVOICE TOTAL | $25,565.28 USD |

PLEASE PAY THIS AMOUNT

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 31A32XX | PERFORMANCE PLUS | HYDRAULIC OIL AW32 | 6266.000 | GAL | $4.0800 | $25,565.28 |

| | |
|---|---|
| SUBTOTAL | $25,565.28 |
| TAX | $0.00 |
| TOTAL | $25,565.28 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT • THANK YOU

Invoice Date: 3 Oct 2014                                                           Page: 1 of 1



# INVOICE
Invoice No 1000581565

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ██████

REDACTED

**OFFICE:**
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales

\*\* Payable in USD funds \*\*

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 14 Aug 2014 | 1000581565 | NE22807 | XBU | 1401703673 | 0812-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $26,191.88 |
| SUBTOTAL | $26,191.88 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,191.88 USD |

PLEASE PAY THIS AMOUNT

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty. | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 31A32XX | PERFORMANCE PLUS | HYDRAULIC OIL AW32 | 6266.000 | GAL | $4.1800 | $26,191.88 |

| | |
|---|---|
| SUBTOTAL | $26,191.88 |
| TAX | $0.00 |
| TOTAL | $26,191.88 |

# safety-kleen.
A Clean Harbors Company

**INVOICE**
Invoice No 1000581565

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ▓▓▓▓▓▓▓▓

REDACTED

**OFFICE:**
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above.*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

**FOB: DESTINATION**

Description : RBLD - Blended Oil Bulk Sales                                ** Payable In USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 14 Aug 2014 | 1000581565 | NE22807 | XBU | 1401703673 | 0812-2014 | NET 60 DAYS |

**SUMMARY BY LINE TYPE**

| | |
|---|---|
| Blended Lube | $26,191.88 |
| SUBTOTAL | $26,191.88 |
| TAX | $0.00 |
| INVOICE TOTAL | $26,191.88 USD |

← PLEASE PAY THIS AMOUNT

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 31A32XX | PERFORMANCE PLUS | HYDRAULIC OIL AW32 | 6266.000 | GAL | $4.1800 | $26,191.88 |

| | |
|---|---|
| SUBTOTAL | $26,191.88 |
| TAX | $0.00 |
| TOTAL | $26,191.88 |

# safety-kleen.

A Clean Harbors Company

## INVOICE

Invoice No 1000641767
Revision 1 of 1000588350

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ███████

REDACTED

**OFFICE:**
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba; Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales

\*\* Payable in USD funds \*\*

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 20 Aug 2014 | 1000641767 | NE22807 | XBU | 1401761726 | 0813-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $24,941.04 |
| SUBTOTAL | $24,941.04 |
| TAX | $0.00 |
| INVOICE TOTAL | $24,941.04 USD |

★✦✦ PLEASE PAY THIS AMOUNT

| Invoice Instruction: |
|---|
| EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE |

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 31A32XX | PERFORMANCE PLUS | HYDRAULIC OIL AW32 | 6113.000 | GAL | $4.0800 | $24,941.04 |

| | |
|---|---|
| SUBTOTAL | $24,941.04 |
| TAX | $0.00 |
| TOTAL | $24,941.04 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.

Invoice Date: 3 Oct 2014

PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Page: 1 of 1



# INVOICE
### Invoice No 1000588350

**A Clean Harbors Company**

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ████████    **REDACTED**

**OFFICE:**
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

**FOB: DESTINATION**

**Description : RBLD - Blended Oil Bulk Sales**           ** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 20 Aug 2014 | 1000588350 | NE22807 | XBU | 1401761726 | 0813-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $25,552.34 |
| SUBTOTAL | $25,552.34 |
| TAX | $0.00 |
| INVOICE TOTAL | $25,552.34 USD |

**PLEASE PAY THIS AMOUNT**

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 31A32XX | PERFORMANCE PLUS | HYDRAULIC OIL AW32 | 6113.000 | GAL | $4.1800 | $25,552.34 |

| | |
|---|---|
| SUBTOTAL | $25,552.34 |
| TAX | $0.00 |
| TOTAL | $25,552.34 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Invoice Date: 26 Aug 2014                    Page: 1 of 1


**safety-kleen.**
A Clean Harbors Company

# INVOICE
Invoice No 1000588350

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: 

**REDACTED**

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**OFFICE:**
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street-South
Breslau, ON N0B 1M0

**FOB: DESTINATION**

Description : RBLD - Blended Oil Bulk Sales                        ** Payable In USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 20 Aug 2014 | 1000588350 | NE22807 | XBU | 1401761726 | 0813-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $25,552.34 |
| **SUBTOTAL** | $25,552.34 |
| TAX | $0.00 |
| INVOICE TOTAL | $25,552.34 USD   ✏ PLEASE PAY THIS AMOUNT |

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 31A32XX | PERFORMANCE PLUS | HYDRAULIC OIL AW32 | 6113.000 | GAL | $4.1800 | $25,552.34 |

| | |
|---|---|
| SUBTOTAL | $25,552.34 |
| TAX | $0.00 |
| TOTAL | $25,552.34 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU

Invoice Date: 26 Aug 2014                                                                 Page: 1 of 1



**A Clean Harbors Company**

## INVOICE
Invoice No 1000637557

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN:    **REDACTED**

**SOLD TO:**
Payable Accounts
New York Commercial Lubricants
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**OFFICE:**
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales                     ** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 26 Sep 2014 | 1000637557 | NE22607 | XBU | 1402335960 | 0925-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $34,490.88 |
| SUBTOTAL | $34,490.88 |
| TAX | $0.00 |
| INVOICE TOTAL | $34,490.88 USD   PLEASE PAY THIS AMOUNT |

**Invoice Instructions:**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154X | PERFORMANCE PLUS | HDDEO CJ-4 / SM 15W-40 XHD-7 | 5988.000 | GAL | $5.7600 | $34,490.88 |

| | |
|---|---|
| SUBTOTAL | $34,490.88 |
| TAX | $0.00 |
| TOTAL | $34,490.88 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT • THANK YOU


A Clean Harbors Company

# INVOICE
Invoice No 1000665590

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ████████

REDACTED

**OFFICE:**
Safety-Kleen Systems, Inc.
601 Riley Road
East Chicago, IN 46312-1638
(888) 932-2739

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

**SOLD TO:**
Payable Accounts
Commercial Lubricants LLC
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
Gordon Terminal Service Co.
1000 Agnes Street
McKees Rocks, PA 15136

**FOB:** DESTINATION

Description : RBLD - Blended Oil Bulk Sales

** Payable in USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 01 Oct 2014 | 1000665590 | NE22807 | EAS | 1402357152 | 11208 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $35,086.50 |
| **SUBTOTAL** | $35,086.50 |
| **TAX** | $0.00 |
| **INVOICE TOTAL** | $35,086.50 USD |

PLEASE PAY THIS AMOUNT

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 22B154L | ECOPOWER | HDDEO CJ-4 / SM 15W-40 XHD-7 | 6210.000 | GAL | $5.6500 | $35,086.50 |

| | |
|---|---|
| SUBTOTAL | $35,086.50 |
| TAX | $0.00 |
| TOTAL | $35,086.50 |

Interest will be charged at a rate of 1.5% per month for all past due amounts.

Invoice Date: 22 Oct 2014    PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU    Page: 1 of 1



**A Clean Harbors Company**

# INVOICE
Invoice No 1000666629

REMIT TO:
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN ███████     **REDACTED**

OFFICE:
SK US
601 Riley Road
East Chicago, IN 46312
(781) 792-5000

*If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above*

SOLD TO:
Payable Accounts
Commercial Lubricants LLC
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

SHIP TO:
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

SHIP FROM:
Safety-Kleen Canada, Inc.
300 Woolwich Street South
Breslau, ON N0B 1M0

FOB: DESTINATION

Description : RBLD - Blended Oil Bulk Sales                                    ** Payable in USD funds **

| Date Shipped | Invoice No. | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 01 Oct 2014 | 1000666629 | NE22807 | XBU | 1402359140 | 0926-2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $41,056.53 |
| SUBTOTAL | $41,056.53 |
| TAX | $0.00 |
| INVOICE TOTAL | $41,056.53  USD   **PLEASE PAY THIS AMOUNT** |

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 228154X | PERFORMANCE PLUS | NGEO 15W-40 NGP | 6137.000 | GAL | $6.6900 | $41,056.53 |

| | |
|---|---|
| SUBTOTAL | $41,056.53 |
| TAX | $0.00 |
| TOTAL | $41,056.53 |

Invoice Date: 22 Oct 2014

Interest will be charged at a rate of 1.5% per month for all past due amounts.
PLEASE RETURN A COPY OF INVOICE WITH PAYMENT - THANK YOU



A Clean Harbors Company

## INVOICE
### Invoice No 1000690662

**REMIT TO:**
Safety-Kleen Systems Inc.
PO Box 975201
Dallas, TX 75397-5201

EIN: ▇▇▇▇▇▇



**OFFICE:**
Safety-Kleen Systems, Inc.
601 Riley Road
East Chicago, IN 46312-1638
(888) 932-2739

| If you have any questions regarding this invoice, please contact your customer service representative at the telephone number listed above. |

**SOLD TO:**
Payable Accounts
Commercial Lubricants LLC
Inc dba Metrolube
229 Arlington Avenue
Staten Island, NY 10303-0000

**SHIP TO:**
NEW York Comm. O/A Metro Lube
(Dba: Metro Lube)
Staten Island, NY 10303

**SHIP FROM:**
SK Usa Inv-# New York Commercial
229 Arlington Ave
Staten Island, NY 10303

**FOB: ORIGIN**

Description : RBLD - Blended Oil Bulk Sales                    ** Payable in USD funds **

| Date Shipped | Invoice No | Customer | Branch | Sales Order | Purchase Order/AFE | Terms |
|---|---|---|---|---|---|---|
| 31 Oct 2014 | 1000690662 | NE22807 | EAS | 1402973636 | Inventory used 10/31/2014 | NET 60 DAYS |

### SUMMARY BY LINE TYPE

| | |
|---|---|
| Blended Lube | $98,392.54 |
| SUBTOTAL | $98,392.54 |
| TAX | $0.00 |
| INVOICE TOTAL | $98,392.54 USD |
| DUE DATE | 05 Jan 2015 |

◄━━ PLEASE PAY THIS AMOUNT

◄━━ REMIT PAYMENT BY

**Invoice Instructions**
EMAIL INVOICE TO: METROLUBE1@AOL.COM DO NOT MAIL INVOICE

| Item ID | Brand | Description | Billing Qty | Billing UOM | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 2281542 | ECOPOWER | NGEO 15W-40 NGP-2 | 2163.000 | GAL | $6.4300 | $13,908.09 |
| 2281541 | ECOPOWER | HDDEO CJ-4 / SM 15W-40 XHD-7 | 14953.000 | GAL | $5.6500 | $84,484.45 |

| | |
|---|---|
| SUBTOTAL | $98,392.54 |
| TAX | $0.00 |
| TOTAL | $98,392.54 |