UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
COMMERCIAL LUBRICANTS, LLC,

                Plaintiff,                                        **ORDER**

      -against-                                                14-CV-7483 (JG)

SAFETY-KLEEN SYSTEMS, INC., et al.,

                Defendants.
-------------------------------------------------------------x

       The Court grants the parties' request to further adjourn court-annexed mediation, to be on February 11, 2016, and to extend fact discovery until March 31, 2016. <u>This is the final extension</u>. A joint updated status report is due by February 26, 2016. If the case does not settle, plaintiff's expert disclosures must be served by April 29, 2016; defendants' are due by May 27, 2016; expert depositions must be completed by June 24, 2016. Requests for a premotion conference before Judge Gleeson are due by July 1, 2016. If none is filed, the parties are directed to serve and file their Joint Pretrial Order ("JPTO"), in accordance with Judge Gleeson's Individual Rules, pursuant to the following schedule: plaintiff's portion must be served by July 11, 2016; defendants' must be served by July 20, 2016; the combined JPTO must be docketed into ECF by July 27, 2016.

       SO ORDERED.

Dated:     Brooklyn, New York
              January 11, 2016

                                                  /s/ *Roanne L. Mann*
                                           ROANNE L. MANN
                                           UNITED STATES MAGISTRATE JUDGE